United States District Court
Southern District of Texas
**ENTERED**
February 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael Palma, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION 4:18−cv−00335 |
| Lawrence W. Luker,, et al. | § § § | |
| *Defendant.* | § § | |

## Order

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, this case is REFERRED to United States Magistrate Judge Nancy K. Johnson.

All parties are ORDERED to advise the Court within 20 days of the entry of this order whether they will consent to the jurisdiction of Magistrate Judge Nancy K. Johnson for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties, a "Consent to Proceed Before United States Magistrate Judge Nancy K. Johnson" form is attached to this order.

Signed at Houston, Texas on February 9, 2018.

Gray H. Miller
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael Palma, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION 4:18−cv−00335 |
| Lawrence W. Luker,, et al. | § § § | |
| *Defendant.* | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____   *for*   _____

_____   *for*   _____

_____   *for*   _____

_____   *for*   _____

### ORDER TO TRANSFER

It is ORDERED that this matter is transferred to United States Magistrate Judge Nancy K. Johnson to conduct all further proceedings, including final judgment.

Date:_____         _____
 :            &nbs;                    Gray H. Miller
                                           United States District Judge